UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYAN JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>J. DOERER, et al.,<br><br>　　　　　　Defendants. | Case No. 5:24-01717 MRA (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 45), Defendants' Motion to Dismiss the Case (Dkt. No. 47), Plaintiff's Opposition to the Motion to Dismiss (Dkt. Nos. 48, 49) and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 53). No objections were filed, and the time to file objections has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 53) and

2. The Motion to dismiss is granted in part: the Due Process Claim is dismissed without leave to amend.

DATED: October 28, 2025

_____
THE HONORABLE MONICA RAMIREZ ALMADANI
United States District Judge